IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVE BAKER,                   )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:25cv76-MHT
                               )          (WO)
BARBOUR COUNTY, ALABAMA,       )
                               )
     Defendant.                )
```

ORDER

Based on the filing of the amended complaint (Doc. 15), it is ORDERED that the motion to dismiss (Doc. 12) is denied as moot.

DONE, this the 13th day of May, 2025.

                                       /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**